UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

RE:    MYRANDA HUNTER FADELY            CHAPTER 7

Case No. 19-50263

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2019, a true copy of the Statement of Intention was mailed, postage prepaid, to the following:

Mosaic Credit Union
31 S. Carlton Street
Harrisonburg, VA 22801
        Creditor

W. Stephen Scott
PO Box 1312
Charlottesville, VA 22902
        Trustee

By:_____
Andrew Muzic, Esq.
Counsel for Debtor(s)